**Phillip C. GARNER, Jr., Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28010.**

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

---

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Robbery by assault is the offense; the punishment, six years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.

**Robert MAY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28075.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Robbery by assault is the offense; the punishment twelve years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.